IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORETTA COLE,<br><br>        Plaintiff,<br><br>  v.<br><br>CHRISTIAN DIOR, INC.,<br><br>        Defendant.<br>_____/ | No. C 05-02654 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>February 10, 2006</u> at <u>2:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>April 30, 3006</u>.

DESIGNATION OF EXPERTS: <u>6/30/06</u>; REBUTTAL: <u>7/10/06</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>July 24, 2006</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>May 5, 2006</u>;

    Opp. Due <u>May 19, 2006</u>; Reply Due <u>May 26, 2006</u>;

    and set for hearing no later than <u>June 9, 2006</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>August 15, 2006</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>August 28, 2006</u> at <u>8:30 AM.</u>,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

This case shall be referred to the Court's mediation program. Plaintiff shall conduct two depositions and defense may conduct one deposition prior to the session. The mediation session shall occur before the end of January 2006.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 11/8/05

                                                                         _____
                                                                         SUSAN ILLSTON
                                                                         United States District Judge