JOHN D. WINER, ESQ. - BAR NO. 091078
EMILE A. DAVIS, ESQ. - BAR NO. 208394
WINER, McKENNA & DAVIS, LLP
THE ORDWAY BUILDING
ONE KAISER PLAZA, SUITE 1450
OAKLAND, CALIFORNIA 94612
(510) 433-1000

Attorneys for Plaintiff,
LORETTA COLE

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORETTA COLE, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTIAN DIOR, INC., <br><br> Defendants. | CASE NO. C 05-02654 SI <br><br> **STIPULATION REGARDING SETTLEMENT** |

IT IS HEREBY AGREED BY AND AMONGST THE PARTIES IN THE ABOVE CAPTIONED ACTION THAT:

The parties hereto, by counsel of record, agree as follows:

1. All claims herein have been settled, in their entirely, between the parties.

2. The parties, by and through their respective counsel, request that all pending hearings, including the August 28, 2006 trial date be vacated.

///
///
///
///

Stipulation Regarding Settlement

3. The parties, by and through their respective counsel, request the court dismiss this entire action with prejudice.

Dated: May 15, 2006

WINER, McKENNA & DAVIS, LLP,

By: _____
EMILE A. DAVIS,
Attorneys for Plaintiff,
LORETTA COLE

Dated: May 15, 2006

BARACK, FERRAZZANO, KIRSCHBAUM & PERLMAN

By: _____
ROBERT E. SHAPIRO,
Attorneys for Defendant,
CHRISTIAN DIOR, INC.

IT IS SO ORDERED
/s/ Susan Illston
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA